November 20, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00009-CV

SAMMY TAWAKKOL, Appellant

V.

SHEILA VASQUEZ, IN HER OFFICIAL CAPACITY AS MANAGER OF THE
TEXAS DEPARTMENT OF PUBLIC SAFETY-CRIMINAL HISTORY
RECORD INFORMATION SERVICES  BUREAU; AND FREEMAN F.
MARTIN, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE TEXAS
DEPARTMENT OF PUBLIC SAFETY, Appellees

This cause, an appeal from the judgment in favor of appellees, Sheila Vasquez, in her Official Capacity as Manager of the Texas Department of Public Safety-Criminal History Record Information Services Bureau; and Freeman F. Martin, in his Official Capacity as Director of the Texas Department of Public Safety, signed January 2, 2025, was heard on the appellate record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sammy Tawakkol, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered November 20, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Farris.